IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ANDREA LINGENFELTER,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 6:25-cv-01103-YY<br><br>**ORDER FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' stipulation, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of $6,650.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS FURTHER ORDERED that if Plaintiff owes no debt to the United States subject to offset under *Astrue v. Ratliff*, the check for the fee award shall be made payable to Bruce Brewer and mailed to him at PO Box 421, West Linn, OR 97068. If Plaintiff owes such a debt and any proceeds remain after offset, the remaining proceeds shall be paid by check made payable to Plaintiff and mailed to Bruce Brewer at PO Box 421, West Linn, OR 97068.

DATED this 9th day of September, 2026.

/s/ Youlee Yim You
United States Magistrate Judge

Prepared by:

/s/ Bruce Brewer
Bruce Brewer, OSB #925581
Attorney at Law
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff